IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, #105591, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-88-WHA |
| ) | |
| DONAL CAMPBELL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Magistrate Judge filed a Recommendation (Doc. #62) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court finds that the Recommendation should be adopted.

Accordingly, it is ORDERED that:

1. The RECOMMENDATION of the Magistrate Judge (Doc. #62) is ADOPTED;

2. The motion to dismiss filed by the Plaintiff on January 8, 2008 (Doc. #60) is GRANTED;

3. The Plaintiff's claims against Prison Health Services are dismissed with prejudice;

4. Prison Health Services is dismissed from this action;

     5.     The Plaintiff's claims against the remaining defendants are referred back to the Magistrate Judge for further proceedings.

Done, this 29th day of January 2008.

                                        /s/ W. Harold Albritton
                                      SENIOR U. S. DISTRICT JUDGE