IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY FRANK CAMERON, | ) | |
| AIS #105591, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-88-WHA |
| | ) | [WO] |
| DONAL CAMPBELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Magistrate Judge filed a Recommendation (Doc. #81) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court determines that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #81) of the Magistrate Judge is ADOPTED. The defendants' motions for summary judgment is GRANTED. Judgment is GRANTED in favor of the defendants. This case is DISMISSED with prejudice. The costs of this proceeding is to be taxed against the plaintiff.

An appropriate judgment will be entered.

DONE this 19th day of May, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE